**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division**

Allesandro Degregorio, et al.
                              Plaintiff,

v.                                                          Case No.: 1:20−cv−05459
                                                           Honorable Jorge L. Alonso

Boeing Company, The, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 11, 2023:

      MINUTE entry before the Honorable Jorge L. Alonso: An Agreed motion for settlement approval and dismissal with prejudice has been filed. This case is dismissed with prejudice d without costs against any party. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.